MINUTE ENTRY            3:25 p.m.

UNITED STATES OF AMERICA -v- DELFINA BARCINAS

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   SANAE N. SHMULL, COURT REPORTER
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
   COLIN THOMPSON, ATTORNEY FOR DEFENDANT
   DELFINA BARCINAS, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

 Defendant appeared with counsel, Attorney Colin Thompson. Government was represented by Jamie Bowers, AUSA.

 Defendant was sworn and examined as to her health, state of mind, understanding of the charges in the Information and her constitutional rights.

 After review of the defendant's financial affidavit the Court inquired as to whether the defendant wished to retain counsel.  Defendant stated that she couldn't afford counsel and wished to continue with the services of the court appointed counsel, Attorney Colin Thompson.

 Defendant stated that she wished to waive the indictment and enter a plea to the charges in the information.  The defendant and her counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

 Defendant waived reading of the information and entered a plea of GUILTY.  Court accepted defendant's plea of guilty and the plea agreement. Court ordered that sentencing be scheduled for Tuesday, May 31, 2005 at 9:00 a.m.  That presentence investigation report shall be due April 26, 2005.

 Government had no objection to the defendant being at liberty with unsecured bond and minimal supervision. Court ordered the defendant released under the following conditions:

 1.  That the defendant post a $25,000 unsecured bond;

 2.  That the defendant shall submit to pretrial services supervision under the direction of the United State Probation Office;

 3.  That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

 4.  That the defendant must not leave the Commonwealth without written approval of the Court unless to transit through Guam to make court appearances on Saipan or to meet with her attorney;

 5.  That the defendant not move from her residence without first contacting her counsel,  the U.S. Probation Office and the Court and that she give a map and telephone number of his residence location to the U.S. Marshal;

6.   That the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner;

   7.   That the defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance;

   8.   That the defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is required as a condition of release;

   9.   That the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon and shall not have these at her residence; and

   10.   That the defendant shall refrain from the use of any alcohol;

 Defendant was remanded into the custody of the U.S. Marshal for processing and ordered to go  to the Clerk's Office tomorrow morning to process the necessary paperwork.

     Adj. at 4:00 p.m.

;   [KLL EOD 02/23/2005]