PROB 12A
(7/93)

FILED
Clerk
District Court

MAR - 9 2006

# United States District Court

For The Northern Mariana Islands
By_____
(Deputy Clerk)

for

*the Northern Mariana Islands*

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Delfina M. Barcinas** | Case Number: **CR 05-00007-001** |

Name of Sentencing Judicial Officer:    Alex R. Munson

Date of Original Sentence:    May 31, 2005

Original Offense:    Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344.

Original Sentence:    Five years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter; cooperate in the collection of DNA; comply with the standard conditions of probation; prohibited from incurring new credit charges or opening additional lines of credit; provide access to any requested financial information; pay a $100 special assessment fee; and pay $8,081.25 in restitution.

| | |
|---|---|
| Type of Supervision:    Probation | Date Supervision Commenced:    May 31, 2005 |

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Shall answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer. |

Report on Offender
Under Supervision

page 2

    On May 31, 2005, Delfina M. Barcinas was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344. She received a five year term of probation with various conditions, to include that she comply with the standard conditions of probation.

    On July 25, 2005, this Officer unsuccessfully attempted to contact Ms. Barcinas via telephone to inform her that he would be on Rota for supervision purposes on July 26, 2005. On July 26, 2005, this Officer conducted a visit to Ms. Barcinas' residence. However, according to a neighbor, she was on Saipan for a medical appointment. On September 29, 2005, this Officer spoke with Ms. Barcinas regarding her travel to Saipan. Though her standard conditions do not prevent her from traveling within the district, this Officer instructed her to advise him in advance of any plans to travel to Saipan. This Officer reasoned that because supervision activities on Rota occur monthly and requires the Officer to travel from Guam to Rota, he wanted to assure her travel did not coincide with his supervision activities on Rota. Ms. Barcinas acknowledged and stated she would advise this Officer in advance of any travel plans to Saipan.

    On February 22, 2006, this Officer unsuccessfully attempted to contact Ms. Barcinas via telephone to inform her that he would be on Rota for supervision purposes on February 23, 2006. On February 23, 2006, this Officer conducted a visit to Ms. Barcinas' residence. However, according to a neighbor, she was on Saipan to visit her ailing mother-in-law. On March 2, 2006, this Officer spoke with Ms. Barcinas regarding her travel to Saipan. She apologized for failing to inform this Officer of her travel and stated she would do so in the future.

    Ms. Barcinas completed her drug testing requirement on January 31, 2006. She paid her $100 special assessment fee on May 31, 2005 and her restitution obligation on June 13, 2005. She is still pending her DNA collection requirement as an attempt on June 10, 2005 was unsuccessful after the phlebotomist was unable to locate an adequate vein for a blood sample. In March 2006, another attempt will be made utilizing a finger-prick method.

    This probation officer respectfully requests that the Court take no action at this time. Ms. Barcinas has been warned of the consequences of future violations. The Court will be kept informed of further noncompliance.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 3/8/06

Respectfully submitted,

by: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: 3/8/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  NO ACTION AT THIS TIME

_____
Signature of Judicial Officer

3-9-2006
Date