| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Rm. 4D, Horiguchi Building<br>Saipan, MP 96950<br>Tel: (670) 236-2991 |
|---|---|---|



Delfina M. Barcinas
USDC Cr.Cs.#05-00007-001
SS# XXX-XX-3365
DOB: XX-XX-1966
HT: 5 ft 4 in
WT: 198 lbs

DATE: December 4, 2006

FILED
Clerk
District Court

DEC - 5 2006

For The Northern Mariana Islands
By
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    Fort Lewis, Washington

LEAVING    **December 19, 2006**    AND RETURNING    N/A

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Join her husband, who is serving a three year active duty term in the U.S. Army Replacement Company at Fort Lewis, Washington.

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Fort Lewis, Washington; and

2. Report, via telephone, to U.S. Probation Officer Brian Johnson within 72 hours of arrival in Washington, telephone number (253) 882-1135.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME    CUSPO William S. Corn
ADDRESS    11101 U.S. Courthouse, 700
           Seattle, Washington 98101-1271
Tel: (253) 882-1135

John W. San Nicolas II
UNITED STATES PROBATION OFFICER

☒ APPROVED    ☐ DISAPPROVED

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

DATE: 12-5-06

# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

December 4, 2006

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

        Re:  **BARCINAS, Delfina M.**
            USDC Cr. Cs. No. 05-00007-001

**REQUEST TO TRAVEL**

Dear Judge Munson,

  Delfina M. Barcinas was sentenced on May 31, 2005 by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344. She received a sentence of five years probation with conditions to include that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter; cooperate in the collection of DNA; comply with the standard conditions of supervision; prohibited from incurring new credit charges or opening additional lines of credit without the permission of the probation officer unless she is in compliance with the payment schedule; provide the probation officer access to any and all requested financial information; pay restitution in the amount of $8,081.25; and pay a $100 special assessment fee. Her term of probation commenced on May 31, 2005.

  Ms. Barcinas is requesting to travel to Seattle, Washington, on December 19, 2006, to join her husband, Edward Barcinas, who relocated to Fort Lewis, Washington, on September 29, 2006, for a three year active duty term in the U.S. Army Replacement Company. She will be accompanied by their three children. She had requested a transfer of supervision to the Western District of Washington, and this is currently being investigated. On November 28, 2006, this Officer spoke with Western Washington U.S. Probation Officer Brian Johnson, who stated that he has been in communication with Edward Barcinas, and authorized Ms. Barcinas' travel to their district on December 19, 2006.

Request to Travel
Re: BARCINAS, Delfina M.
USDC Cr. Cs. No. 05-00007-001
December 4, 2006
Page 2


    Ms. Barcinas has complied with all conditions and instructions imposed on her with the exception of a March 9, 2006 Informational Report, in which she failed to inform this Officer as instructed of her travel from Rota to Saipan, Commonwealth of the Northern Mariana Islands. No action was requested for this violation as a warning had been issued. She completed her urinalysis requirement on January 31, 2006, and submitted to a DNA sample of her blood on March 15, 2006. In addition, she paid her special assessment fee on May 31, 2005 and restitution obligation on June 13, 2005. Ms. Barcinas receives disability retirement from the Commonwealth of the Northern Mariana Island Government.

    It is respectfully recommended that Delfina Barcinas be granted permission to travel. While in Washington, Ms. Barcinas will be supervised by U.S. Probation Officer Brian Johnson.

    Respectfully submitted,

    FRANK MICHAEL CRUZ
    Chief U.S. Probation Officer

By: _____
    JOHN W. SAN NICOLAS II
    U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File