PROB 35
(3/07)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of the Northern Mariana Islands*

F I L E D
Clerk
District Court

JUL - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

v.                          CRIMINAL CASE NO.   05-00007-001

DELFINA M. BARCINAS

On May 31, 2005, Delfina M. Barcinas was placed on a five year term of probation. She has complied with the orders of the Court and the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Ms. Barcinas be discharged from probation.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:  Jamie Bowers, AUSA
     Colin Thompson, Defense Counsel
     Brian Johnson, USPO, Western District of Washington
     File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

_____
HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 05-00007-001 |
| ) | |
| Plaintiff, ) | |
| ) | **SPECIAL REPORT** |
| vs. ) | |
| ) | |
| DELFINA M. BARCINAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Re:   **Request for Early Termination from Probation**

   Delfina M. Barcinas was sentenced on May 31, 2005 by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344. She received a sentence of five years probation with conditions to include that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter; cooperate in the collection of DNA; comply with the standard conditions of supervision; prohibited from incurring new credit charges or opening additional lines of credit without the permission of the probation officer unless she is in compliance with the payment schedule; provide the probation officer access to any and all requested financial information; pay restitution in the amount of $8,081.25; and pay a $100 special assessment fee. Her term of probation commenced on May 31, 2005 and is scheduled to expire on May 30, 2010.

   Ms. Barcinas has complied with all conditions and instructions imposed on her with the exception of a March 9, 2006 Informational Report, in which she failed to inform this Officer as instructed of her travel from Rota to Saipan, Commonwealth of the Northern Mariana Islands. No action was requested for this violation as a warning had been issued. She completed her urinalysis requirement on January 31, 2006, and submitted to a DNA sample of her blood on March 15, 2006. In addition, she paid her special assessment fee on May 31, 2005 and restitution obligation on June 13, 2005. Ms. Barcinas receives

SPECIAL REPORT
Request for Early Termination from Probation
Re:   BARCINAS, Delfina M.
USDC Cr. Cs. No.: 05-00007-001
July 2, 2007
Page - 2 -


disability retirement from the Commonwealth of the Northern Mariana Island Government. In addition to compliance with her conditions of probation, she has shown stable community reintegration in that she lives in a stable residence with her family and has had no recent record of arrests or convictions. In addition, there are no identifiable risks to the safety of any individual or to the public.

On December 19, 2006, Ms. Barcinas' supervision was transferred to the Western District of Washington. On June 26, 2007, U.S. Probation Officer Brian Johnson sent a letter to this Officer requesting that Ms. Barcinas' case be terminated due to significant efforts to comply with her probation requirements and because she had not incurred any violations. On May 30, 2007, she completed her second year of probation ordered by the Court. 1st Assistant United States Attorney Jeffrey Strand has no objections to the request.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3564(c), as such action is warranted by Ms. Barcinas' compliance with her conditions of probation and is in the interest of justice.

RESPECTFULLY submitted this 2nd day of July 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   Jamie Bowers, AUSA
      Colin Thompson, Defense Counsel
      Brian Johnson, USPO, Western District of Washington
      File